EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Violent Crimes Chief

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 1 2004

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. **CR 04-00071 SOM** |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| JAREN W. FESER, ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)] |
| Defendants. ) | |

UNSEALED BY ORDER OF THE COURT
DATE: FEB 17 2004

SEALED
BY ORDER OF THE COURT

**I N D I C T M E N T**
(21 U.S.C. § 841(a)(1))

The Grand Jury charges that:

On or about between February and March of 2003, in the District of Hawaii, defendant JAREN W. FESER did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: February 11, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Violent Crimes Chief

WES REBER PORTER
Assistant U.S. Attorney

United States v. JAREN W. FESER
Cr. No.
"INDICTMENT"